# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **DAVID RUSSELL ELLENBERGER,**<br><br>*Plaintiff*,<br><br>vs.<br><br>**ALPHABET, INC. PARENT COMPANY OF GOOGLE AND ADSENSE,**<br><br>*Defendant*. | Case Action No.: 3:19-CV-527-DJH-RSE |

## [PROPOSED] ORDER GRANTING ALPHABET INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

The Court, having considered Defendant Alphabet, Inc.'s (Defendant's) Motion to Dismiss or Transfer and, in the Alternative, to Strike Request for Punitive Damages, the Declaration of Matt Solomon, the Parties' briefing, and all other materials and arguments properly before it, hereby:

**GRANTS** Defendant's Motion to Dismiss.

Plaintiff's Complaint is **DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE** as to refiling the same in a state or federal court in Santa Clara County, California. Each party shall bear its own costs and fees.

**ORDERED** this _____ day of _____, 2020.

_____
The Honorable Regina S. Edwards
United States Magistrate Judge

-2-

TENDERED BY:

*/s/ Kelsey R. Spector*
Kelsey R. Spector (*pro hac vice*)
Aarti G. Reddy (*pro hac vice*)
Jeffrey M. Gutkin (*pro hac vice*)
COOLEY LLP
101 California Street, Fifth Floor
San Francisco, California 94111
Tel: (415) 693-2000
kspector@cooley.com
areddy@cooley.com
jgutkin@cooley.com

Scott P. Zoppoth (KY Bar No. 83905)
THE ZOPPOTH LAW FIRM
635 West Main Street, Suite 400
Louisville, Kentucky 40202
Tel:  (502) 568-8884
Fax:  (502) 568-1319
spz@zoplaw.com

*Counsel for Defendant, Alphabet, Inc.*

218648907