IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **DAVID RUSSELL ELLENBERGER AND INTERNETTOP40.COM, LLC,**<br><br>*Plaintiff*,<br><br>vs.<br><br>**ALPHABET, INC. PARENT COMPANY OF GOOGLE AND ADSENSE,**<br><br>*Defendant*. | Case Action No.: 3:19-CV-527-DJH-RSE |

**DECLARATION OF MATT SOLOMON IN SUPPORT
OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

1. I, Matt Solomon, hereby declare as follows:

2. I am a Legal Assistant at Google LLC. I have personal knowledge of the facts herein and, if called to testify, could and would testify competently hereto.

3. AdSense is an advertising program run by Google LLC, which allows owners and operators of websites to monetize their website traffic by displaying ads. In order to use AdSense's services, uses must first create an AdSense account. During the process of creating an account, users are presented with AdSense's Online Terms of Service (the "AdSense Terms"), or a link to the AdSense Terms, and are required to assent to that agreement by clicking a button or by checking a box next to a statement that says the user agrees to the AdSense Terms, among other terms. The account will not be activated absent the user's acceptance of AdSense's Terms.

-2-

4.      In May 2017, Plaintiff David Russell Ellenberger created an AdSense account in order to place ads on his website InternetTop40.com.  Upon creating his account, Plaintiff Ellenberger agreed to the version of the AdSense Terms, which is attached hereto as Exhibit A.

5.      In May 2018, Plaintiff Ellenberger agreed to an updated version of the AdSense Terms, which is attached hereto as Exhibit B and which is available at https://www.google.com/adsense/new/localized-terms?hl=en_GB.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2020, in Mountain View, California.


Dated:  January 23, 2020

*Matt Solomon*

Matt Solomon

218647987