

FILED
VANESSA L. ARMSTRONG

MAY -6 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

DAVID RUSSELL ELLENBERGER,           )   Case No.: 3:19-CV-527-DJH-RSE
                                     )
            Plaintiff,               )
                                     )
    vs.                              )
                                     )
ALPHABET, INC. PARENT COMPANY        )
OF GOOGLE AND ADSENSE, ET AL,        )
                                     )
            Defendant                )
                                     )
                                     )
                                     )
                                     )

## MOTION TO ALLOW NEWLY DISCOVERED EVIDENCE AND KEEP PUNITIVE DAMAGES AND THE TRIAL IN LOUISVILLE, KY.

Dated this 4th day of May, 2020

To Whom it May Concern:

I am not an attorney; however, I know misdirection and fraud when I see it. Once again, in "Googles" latest response, they have failed to address the real reason for my lawsuit. They talk about contracts and non-payment of fees or whatever you want to call it, and that is certainly all true. I am suing "Google" for fraud because of the way they count the pageviews and use the Worldwide Web to hide their crimes. I would call it theft, by deception, and/or false pretense. I will explain this in even more detail.

The following is even more evidence recently uncovered after further research into how Google is "ripping off" Adsense users by not paying what they should, and committing fraud by false pretense and theft, by deception, in the process, plain and not so simple fraud.

How does a computer make Billions of Dollars, a Month, in Profit?  Please let me explain....

1. A website in English is accessible from around the globe. If anyone in any country with a different language finds your webpage with the Chrome Browser, it will automatically ask the viewer if they want the page translated or have it translated automatically beforehand. The viewer can then view your webpage translated to any of over 120 different languages.
2. Google Analytics/Adsense places a code on your webpage which automatically detects the viewers of your page - how many, at what time, and where, in the world, it is being accessed by Geo-location and can then translate the page to the 'native' language for that viewer.
3. Adsense only pays you for what they say are the pageviews of your pages, which are in the United States. (Of which they have complete control.)   Google Analytics knows your pages are being viewed, in other countries that use the page translation and Google places foreign language ads on your page for them to view in their language, which you will never get paid for those views.
4. For example, when my website gets 30,000 hits from America, and over 40,000 from France, I always wondered why they never counted the "non-US" pageviews in my Adsense account, when there was clearly a significant number of more pageviews. Why would this happen?
I completed a cursory search of why this would happen: The initial answer is simply, no one, from America, wants to pay for ads on a website in English in France.   This is where the fraud and obfuscation begins.
5. Google already translated the page, if the user wanted it translated, and/or it was already translated. Google already has advertisers from France who pay for French ads on various websites in France. They already served that ad, got a page view out of it, and billed the advertiser. However, the website owner never gets paid for that view.
6. This happens all around the world in 120 different languages and countries to billions of viewers and on millions of websites, and unless you specifically set up your Google Analytics account to separate out these pageviews, Google never pays you for them.   Even if you do set it up, Google can override any webpage in their browser, with any content, any ads, and as many times as they need to. This is knowledge that is available but hidden and Google has already been paid. So who are they really defrauding? The advertisers or the website owners - perhaps both!
7. I recently signed up for a different translation service and they also have pageview tracking . I followed a link on dashboard from their service and followed a link to one of the translated pages of my website which would normally never be seen by anyone with an IP address from

America. It was a post I had created just a day before which showed 32,000 views. The pages, themselves, also have their own tracking code. I couldn't believe what I saw! My website then abruptly crashed! I, of course, have screenshots of all of this and the numbers from various other services to back up all of my claims. However, those translated language pageviews never appeared in my Google Analytics and thus I will never get paid for those views.

8. "Google" is already skimming the pageviews from millions of websites and those are just the ones in English, including mine. Just think about it exponentially, page upon page being translated back and forth seamlessly and no one hardly ever even thinks about their own website being translated into all of the different languages. Google certainly doesn't come out and tell you they are doing this, but they are. Google is doing this to all of the websites and keeping it secret, and, of course, Google is keeping all of the money. Just think a million times a million times 120 languages. That alone is in the billions. So to answer the question "how does a computer make billions a month"? The answer is: they have to commit fraud.

In conclusion, I ask your Honor, to allow the evidence, outlined in this motion and my previous motion, to be allowed into trial. Further, we ask your Honor, to keep the trial, in Louisville, and to allow punitive damages.

Ellenberger
1040 Cherokee Rd - C2
Louisville
Ky. 40204

LOUISVILLE KY 400
05 MAY 2020 PM 3 L

FILED
VANESSA L. ARMSTRONG
MAY - 6 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
601 W. Broadway - Rm 106
Gene Snyder United States Courthouse
Louisville
Ky. 40202

40202-222731