JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
AARTI REDDY (274889)
(areddy@cooley.com)
KELSEY SPECTOR (321488)
(kspector@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
ALPHABET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RUSSELL ELLENBERGER,<br><br>              Plaintiff,<br><br>      v.<br><br>ALPHABET, INC., PARENT COMPANY OF GOOGLE AND ADSENSE<br><br>              Defendant, | Case No. 4:20-cv-04877-SBA<br><br>**DEFENDANT ALPHABET, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: July 18, 2019<br><br>Hon. Saundra Brown Armstrong |

Defendant Alphabet, Inc. ("Google"), by and through its undersigned counsel, responds to Plaintiff David Russell Ellenberger's ("Plaintiff") Complaint (the "Complaint") as follows:

### I. The Parties to This Complaint[1]

**Response to Paragraph I(A):** Google lacks knowledge or information sufficient to form a belief about the allegations in Paragraph I(A), and on that basis denies them.

**Response to Paragraph I(B):** Google admits that its corporate headquarters are located at 1600 Amphitheatre Parkway, Mountain View, California 94043.

### II. Basis for Jurisdiction

**Response to Paragraph II:** The allegations in Paragraph II regarding the existence of diversity jurisdiction consist of Plaintiff's legal conclusions, which do not require a response. To the extent that a response is required, Google denies the allegations in Paragraph II.

**Response to Paragraph II(B)(1):** Google states that InternetTop40.com was dismissed from this case, *see Ellenberger v. Alphabet, Inc.*, No. 3:19-cv-00527-DJH-RSE (W.D. Ky.), ECF No. 9 at pp. 1-2 (refusing to allow InternetTop40.com to proceed as a plaintiff), and accordingly no response is required as to the allegations regarding InternetTop40.com. Google lacks knowledge or information sufficient to form a belief about the remaining allegations in Paragraph II(B)(1) and, on that basis, denies them.

**Response to Paragraph II(B)(2):** Google admits that Alphabet, Inc. has its principal place of business in California. Google denies that Alphabet, Inc. is incorporated under the laws of California.

**Response to Paragraph II(B)(3):** Google denies the allegations in Paragraph II(B)(3).

---

[1] For the Court's convenience, Google has identified the section headers from the court-provided form Plaintiff used to submit his Complaint. By identifying these section headers within this Answer, Google does not admit the substance of those headers and otherwise denies them.

Google has interpreted Plaintiff's allegations contained in the pleading form to the best of its ability, but Google expressly reserves the right to amend its answer should Plaintiff seek to recharacterize or otherwise proffer any further interpretation of the pleading form and the information it contains.

### III.  Statement of Claim

**Response to Paragraph III, Sentence One:**  Google admits that Plaintiff agreed to the AdSense Terms of Service (the "Terms") when he created an AdSense Account and that the Terms constitute a contract between Plaintiff and Google.  The remaining allegations in Paragraph III, Sentence One consist of Plaintiff's legal conclusion and characterization of the Terms, which do not require a response.  To the extent that a response is required, Google denies the remaining allegations in Paragraph III, Sentence One and refers to the Terms, which speak for themselves.

**Response to Paragraph III, Sentence Two:**  The allegations in Paragraph III, Sentence Two consist of Plaintiff's legal conclusion and characterization of the Terms, which do not require a response.  To the extent that a response is required, Google denies the allegations in Paragraph III, Sentence Two and refers to the Terms, which speak for themselves.

**Response to Paragraph III, Sentence Three:**  The allegations in Paragraph III, Sentence Three consist of Plaintiff's legal conclusions and characterization of the Terms, which do not require a response.  To the extent that a response is required, Google denies the allegations in Paragraph III, Sentence Three and refers to the Terms, which speak for themselves.

**Response to Paragraph III, Sentence Four:**  Google currently lacks knowledge or information sufficient to form a belief about the allegations in Paragraph III, Sentence Four, and on that basis denies them.

**Response to Paragraph III, Sentence Five:**  Google currently lacks knowledge or information sufficient to form a belief about the allegations in Paragraph III, Sentence Five, and on that basis denies them.

### IV.  Relief

**Response to Paragraph IV, Sentence One:**  Google admits that it has not paid Plaintiff any money. The remaining allegations in Paragraph IV, Sentence One consist of Plaintiff's legal conclusions and characterizations of his allegations, which do not require a response.  To the extent a response is required, Google denies the remaining allegations in Paragraph IV, Sentence One.

**Response to Paragraph IV, Sentence Two:** Google denies the allegations in Paragraph IV, Sentence Two.

**Response to Paragraph IV, Sentence Three:** Google lacks knowledge or information sufficient to form a belief about the allegations in Paragraph IV, Sentence Three, and on that basis denies them.

**Response to Paragraph IV, Sentence Four:** Paragraph IV, Sentence Four consists of Plaintiff's legal conclusions and characterizations of his allegations, which do not require a response. To the extent a response is required, Google denies the allegations in Paragraph IV, Sentence Four.

**Response to Paragraph IV, Sentence Five:** Paragraph IV, Sentence Five consists of Plaintiff's legal conclusions and characterizations of his allegations, which do not require a response. To the extent a response is required, Google denies the allegations in Paragraph IV, Sentence Five.

**Response to Paragraph IV, Sentence Six:** Paragraph IV, Sentence Six consists of Plaintiff's legal conclusions and characterizations of his allegations, which do not require a response. To the extent a response is required, Google denies the allegations in Paragraph IV, Sentence Six.

## V. Google's Affirmative Defenses

As further, separate defenses, without assuming the burden of proof for any such defense that rests with Plaintiff, Google States as follows:

### First Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### Second Defense

Plaintiff lacks standing to assert any claim due to his failure to suffer any legally cognizable harm.

### Third Defense

Each of the alleged claim(s) is barred, in whole or in part, by the doctrine of waiver.

### Fourth Defense

Each of the alleged claim(s) is barred, in whole or part, because the actions complained of were taken with the consent of Plaintiff.

### Fifth Defense

Each of the alleged claim(s) is barred, in whole or in part, because the actions complained of were taken after providing adequate notice to the relevant individual as required by law.

### Sixth Defense

Plaintiff's claim for fraud is barred by virtue of the truth of Google's assertions.

### Seventh Defense

Each of the alleged claim(s) is barred, in whole or in part, by the doctrine of laches.

### Eighth Defense

Each of the alleged claim(s) is barred, in whole or in part, by the doctrines of estoppel and acquiescence.

### Ninth Defense

Each of the alleged claim(s) is barred, in whole or in part, by the doctrine of unclean hands.

### Tenth Defense

Plaintiff's claim is barred by contract and is therefore improper.

### Eleventh Defense

Plaintiff's claim for punitive damages is barred by contract and is therefore improper.

### Twelfth Defense

Plaintiff's claim for punitive damages is not authorized by statute or by contract, and is therefore improper.

### Thirteenth Defense

Punitive damages under any of the alleged claims should not be awarded or should otherwise be limited because: (i) such an award would violate the substantive and/or procedural safeguards guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution, by Article 1, Section 7 of the California Constitution, and by the common law; and (ii) the imposition of such an award would constitute an excessive fine or penalty under the Eighth

Amendment to the United States Constitution and/or Article 1, Section 17 of the California Constitution.

### Reservation of Defenses

Google hereby gives notice that it intends to rely upon such other defenses or affirmative defenses as may become available or apparent during discovery and hereby reserves the right to assert any such additional defenses or affirmative defenses.

**WHEREFORE,** Google prays for judgment as follows:

1. That Plaintiff take nothing by way of his Complaint;
2. That the Court enter judgment for Google; and
3. For other such other and further relief as the Court may deem proper.

Dated: July 31, 2020                             COOLEY LLP

                                                 By: /s/ *Jeffrey Gutkin*
                                                      Jeffrey Gutkin

                                                 Attorneys for Defendant
                                                 ALPHABET, INC.

230500079