IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| **DAVID RUSSELL ELLENBERGER,** ) | Case No. 4:20-CV-04877-SBA |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| **ALPHABET, INC. PARENT COMPANY** ) | |
| **OF GOOGLE AND ADSENSE, ET AL,** ) | |
| Defendant ) | |

**<u>MOTION TO AMEND TO SUE FOR WIRE FRAUD WITH DELIBERATE INDIFFRENCE, MOTION TO AMEND PUNITIVE DAMAGES TO FORTY BILLION DOLLARS $40,000,000,000</u>**

Dated this 20TH DAY OF NOVEMBER 2020

1. Alphabet Inc. is once again trying to obfuscate my motion; this is not a "Contract" dispute
2. Google is committing Wire Fraud through the use of computers, Bots, heuristics and algorithms with Deliberate indifference and I can prove it with the numbers from my website and other electronic documents.
3. Alphabet Inc. is committing this fraud on an unprecedented and unchecked scale with almost unlimited resources.
4. In addition, and/or to the punitive damages I ask the judge to break up Google and ask them to "voluntarily" split the company, in order to form an "equal" to competitor for Alphabet Inc.