IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| **DAVID RUSSELL ELLENBERGER,** | ) Case No.: 20-CV-04877-SVK |
| Plaintiff, | ) |
| vs. | ) |
| **ALPHABET, INC. PARENT COMPANY OF GOOGLE AND ADSENSE, ET AL,** | ) |
| Defendant | ) |

## MOTION TO COMPEL DISCOVERY OF DOCUMENTS

Dated this 1st DAY OF December 2020

1. Pursuant to Rule 37 and to further prove my case I ask the Judge for a motion to compel Alphabet Inc. referred to as "Google" and all parties concerned to produce any documents electronic or otherwise regarding payments made to any and all Google affiliate Network (AdSense) payees referred to as members, over the last 15 years ordered by date and payee. For placing their advertisements on member's websites

2. Further in the interest of fairness I ask the judge to compel Alphabet Inc. to produce all Client lists and payments received from Advertisers who pay "Google". for advertising on their affiliate network member websites over the past 15 years ordered by date and payor.

3. To compel Google to show exactly how they determine page views, any and all numbers for each website used in determining pageviews and any heuristics or algorithm's if any that are used to determine said pageviews.

4. Finally, we are asking for all of this information as it pertains to the United States of America. We require all information pertaining to any and all companies wherever they may be headquartered, that advertise on websites that are run by payees from the United States of America including any of Alphabets Inc.'s own websites. We are aware that Alphabet inc.is A worldwide company but feel the entire world maybe beyond the scope of this case but reserve the right to ask for more documents that pertain to the "Google's" clients for the rest of the world.

5. We further reserve the right to compel discovery of documents pertaining to adblockers and other data blocking and collection methods pertaining to pageviews and advertisements or if it pleases the court we can ask for it right now.