UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID RUSSELL ELLENBERGER,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHABET INC.,<br><br>Defendant. | Case No: 4:20-cv-04877 SBA<br><br>**ORDER STRIKING MOTION TO COMPEL DISCOVERY**<br><br>Dkt. 49 |

Plaintiff David Russel Ellenberger ("Plaintiff"), proceeding pro se, brings the instant action against Defendant Alphabet Inc. ("Defendant"). On December 1, 2020, Plaintiff filed a Motion to Compel Discovery of Documents. Dkt. 49.

The Court's Standing Orders require the parties to meet and confer prior to filing any motion or request. See Dkt. 43-1. Specifically, Standing Order No. 4 provides:

> **Meet and Confer Requirement**. All parties *shall* meet and confer before filing any motion or other non-stipulated request. Any motion or request shall include a certification, which may be submitted separately or included in the body of the document, that the parties have complied with the meet and confer requirement. The Court may disregard and/or strike any papers submitted that do not comply with this rule.

Additionally, any motion for an order compelling disclosure or discovery "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1). "The Court will not entertain a request or a

motion to resolve a disclosure or discovery dispute unless, pursuant to Fed. R. Civ. P. 37, counsel have previously conferred for the purpose of attempting to resolve all disputed issues." N.D. Cal. Civ. L.R. 37-1(a).

Plaintiff's motion to compel discovery is not accompanied by the requisite meet and confer certification. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Compel Discovery is STRICKEN without prejudice to refiling said motion with the requisite certification after the parties have met and conferred regarding the substance of the motion. This action will be referred to a magistrate judge for any and all discovery disputes. Discovery motions should be filed in the format prescribed by the assigned magistrate judge.

2. This Order terminates Docket 49.

IT IS SO ORDERED.

Dated: December 7, 2020

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge