IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| **DAVID RUSSELL ELLENBERGER,** </br></br> Plaintiff, </br></br> vs. </br></br> **ALPHABET, INC. PARENT COMPANY OF GOOGLE AND ADSENSE, ET AL,** </br></br> Defendant | ) Amended Complaint </br> ) </br> ) Case No. 4:20-CV-04877-SBA </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## Statement Of Facts

1. **Started InternetTop40.com 02/04/2016**
2. **signed InternetTop40.com with Google Analytics approx. May 2017**
3. **Signed up With Cloudflare approx. Jan. 2018**
4. **signed up with Google Adsense approx. May 2018**
5. **Began researching analytics Numbers on approx. December 2018**
6. **Realized Google Analytics and real analytics numbers don't add up approx. May 2019**
7. **Filed Initial Complaint 3:19-CV-00527-DJH-RSE in Kentucky 07/18/2019**
8. **Case moved to No. California #4:20-CV-04877-SBA 7-17-2020**

### Claims

1. **Google is Committing Wire Fraud with Deliberate Indifference**
2. **Google is committing Wire Fraud through the use of computers, Bots, heuristics and algorithms with Deliberate indifference and I can prove it with the numbers from my website and other electronic documents.**
3. **Alphabet Inc. is committing this fraud on an unprecedented and unchecked scale with almost unlimited resources**

### Demand For Releif

1. **I am seeking Real Damages in the amout of $160,000**
2. **Punitive Damages in the amount of $40,000,000,000**
3. **In addition, and/or to the punitive damages I ask the judge to break up Google and ask them to "voluntarily" split the company, in order to form an "equal" to competitor for Alphabet Inc.**

### Demand for a Jury Trial

**Plaintiff Also Demands A trial by jury of their Peers in Federal Court**

Dated this 23rd DAY OF December 2020

David Russell Ellenberger