1   JEFFREY M. GUTKIN (216083)
    (jgutkin@cooley.com)
2   AARTI REDDY (274889)
    (areddy@cooley.com)
3   KELSEY R. SPECTOR (321488)
    (kspector@cooley.com)
4   101 California Street, 5th Floor
    San Francisco, California  94111-5800
5   Telephone:     +1 415 693 2000
    Facsimile:     +1 415 693 2222
6
    Attorneys for Defendant
7   ALPHABET, INC.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12  DAVID RUSSELL ELLENBERGER,            Case No. 4:20-cv-04877-SBA

13              Plaintiff,                **PROPOSED ORDER GRANTING DEFENDANT
                                          ALPHABET, INC.'S MOTION TO DISMISS
14       v.                               FIRST AMENDED COMPLAINT PURSUANT
                                          TO FED. RULE OF CIV. PROC. RULE 9(B),
15  ALPHABET, INC.,                       12(B)(1), AND 12(B)(6)**

16              Defendant.                Date:      March 10, 2021
                                          Time:      2:00 p.m.
17                                        Judge:     Hon. Saundra B. Armstrong

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                                  **PROPOSED ORDER GRANTING
                                                     MOTION TO DISMISS
                                          CASE NO.  4:20-CV-04877-SBA**

1      Defendant Alphabet, Inc. ("Google") filed a Motion to Dismiss Plaintiff's First Amended

2  Complaint Pursuant To Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6) on the

3  grounds that Plaintiff failed to state a claim for relief and lacked standing to pursue injunctive relief.

4      The Court, having considered all papers and pleadings submitted by the parties, the

5  arguments of counsel and Plaintiff, and being fully advised, hereby:

6      **GRANTS IN FULL** Google's Motion to Dismiss.

7      Plaintiff's First Amended Complaint is dismissed in its entirety, and Plaintiff's claim for

8  wire fraud is dismissed with prejudice.

9      **IT IS SO ORDERED.**

10

11  Dated: _____          By: _____

12                                        The Honorable Saundra B. Armstrong
                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  243083649

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROPOSED ORDER GRANTING
MOTION TO DISMISS
CASE NO. 4:20-CV-04877-SBA