IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| **DAVID RUSSELL ELLENBERGER,** )  | Case No. 4:20-CV-04877-SBA |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| **ALPHABET, INC. PARENT COMPANY** ) | Date: Febrary 12, 2021 |
| **OF GOOGLE AND ADSENSE, ET AL,** ) | Time: 4:40 p.m. |
| Defendant ) | Judge: Hon. Saundra B. Armstrong |
| ) | |
| ) | |
| ) | |

## Plaintiff's Response to Defendant's Motion for Pre-Trial Dismissal and asks the Court to deny the motion in its entirety.

**Dated this 12TH DAY OF February 2021**

Response to Alphabets Motion to Dismiss Based on Rule 12(b)(6), 9(b), 12(b)(1) Reasons and Refutations

1. from all of my records on page views regarding the website internetTop40.com the proof that Alphabet Inc. is committing fraud is that none of the page view numbers from a number of sources agree with one another. Alphabet Inc.'s assessment is always the lowest.

2. There is no authority that I know of for page views or their monetary value and if Google is using algorithms to estimate the page view numbers then it is just that an estimate and is not the actual number therefore they have already admitted to committing the fraud and trying to base their numbers on an actual dollar amount is a furtherance of the fraud.

3. if they want to produce the exact numbers for my website and everyone else's we can discuss it but that is absurd no one person or entity could possibly view all the numbers in a lifetime.

4. and most importantly Who made Alphabet Inc. the authority except in their agreement forms which I disavow and claim no knowledge of or the veracity of any claims in it. Alphabet Inc. is not the authority of myself society or the law. This has ramifications on the entire citizenry of the United states and the world.

5. The fact is that Alphabet Inc. is a worldwide entity touching almost every single individual on the planet in some way. I make a claim as a human citizen from the united states and planet earth these are unprecedented times as we have never had to deal with legally or socially an entity of this immense power and reach we must do so with the utmost care and caution and reason and with the input of as many individuals who are interested in or care in any way about the direction of their lives and the entire civilization of the world.

6. With the added benefit of these basic concepts being codified into law which I will present forthwith and with the backing of our group of humans and of all humanity we can begin to make the world an even better more just and more equitable place in which to live and thrive. If you will join with me in reading the proposal for relief and whatever parts the majority agrees on and start to at least codify these parts into some type of new social laws to govern the virtual world of the internet, we can begin to make this society our earth a better place.