UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID RUSSELL ELLENBERGER,<br><br>    Plaintiff,<br><br>vs.<br><br>ALPHABET, INC.,<br><br>    Defendant. | Case No:  20-cv-04877 SBA<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

A case management conference ("CMC") is scheduled in this action for February 18, 2021.  In view of the pending motion to dismiss, Dkt. 59, the Court hereby VACATES the CMC.  Upon resolution of the motion, the Court will reset the CMC, as necessary.

IT IS SO ORDERED.

Dated:  02/17/21

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge