# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

DAVID RUSSELL ELLENBERGER,                    Case No. 4:20-CV-04877-SBA
    Plaintiff

vs.

ALPHABET INC.,
    Defendant

**MOTION TO AMEND TO SUE FOR FRAUD WITH DELIBERATE INDIFFRENCE, MOTION TO AMEND PUNITIVE DAMAGES TO FORTY BILLION DOLLARS $40,000,000,000**

Dated this 26th Day of March 2021

## Statement of Facts

1. Alphabet Inc. a corporation with unprecedented worldwide reach into each and every citizen of this planets very home and mind with a small device Controls approx. 85% of this worldwide market and flow of information. Not only that their Browser which every bit of information must stream through in mobile devices and desktops of which they have complete control of is estimated at approx. 65% of the entire world and let's not forget their search engine Google which completely controls over 86% of the worldwide flow of information and data. Let's face it Alphabet Inc. is the largest fastest growing and one of the richest, most powerful conglomerates society has ever known. But how did they get so wealthy so powerful so fast that is a question of major concern that everyone should be considering.
2. Started InternetTop40.com 02/04/2016
3. Signed InternetTop40.com with Google Analytics approx. May 2017
4. Signed up with Cloudflare approx. Jan. 2018
5. Signed up with Google Adsense approx. May 2018
6. Began researching analytics Numbers on approx. December 2018
7. Realized Google Analytics and real analytics numbers don't add up approx. May 2019
8. Filed Initial Complaint 3:19-CV-00527-DJH-RSE in Kentucky 07/18/2019

| | | |
|---|---|---|
| 1 | 9. | Case moved to No. California #4:20-CV-04877-SBA  7-17-2020 |
| 2 | 10. | First Amended Complaint Filed 12/23/20 |

## Statement of Claims

First of all, I want to be very clear this is not a contract dispute nor has it ever been. I started a website in the hopes of being able to support myself but quickly found that is not going to be possible the way things are on the internet today. I quickly perceived a fraud Alphabet Inc. is perpetrating on society knowingly or not, having worldwide social, political and economic ramifications. Now in the position I find myself, if I can help to make our society, our world a better more equitable place for myself and anyone else who cares, I surely must try. I further state, for the record, I, David Russell Ellenberger, disavow any contract with Alphabet Inc. or the veracity of anything they promote or publish privately or publicly. Also for the record due to the nature of the internet some of the information referenced in this and my initial filing almost 2 years ago could already be changed or completely removed due to Alphabet Inc.'s immense. breadth and reach. So please use your own logic and common sense and ask as many other humans as possible what they might think whenever trying to determine the truth in anything. Further feel free to write these truths, once a consensus is reached, in stone.

My claim, of fraud, all boils down to numbers of page views and their monetary value.  Google is not the ultimate authority, on numbers, nor are they to be believed in anything they say, publish or promote. For one thing, they won't even give us a clear or exact value of any page view.  Ultimately, this case will be about whose numbers do you believe.  In the case of how Google makes money, it is absurd.  Google is actually responsible for counting, charging and paying. That alone, should be a big red flag, but what are the alternatives, not many, but we are not discussing or suing Google for being a monopoly, which they are, but in this case that is good and the main reason this fraud is so egregious and must be rectified. We are discussing the fraud, the numbers and what you believe is true.

Google has a huge vested interest in keeping the page view numbers, they report, very low, since almost all of their money comes from advertising revenue, but is displayed on independently owned and operated websites. The lower the page views, the less they have to pay out, to myself or anyone else, for that matter.  Again, as ridiculous as it sounds, Google acts as the page view counter and payer purporting to be the only true and accurate count never even really saying what that real value is.  We are always left, basically, guessing.  We simply have to take their word for it.  That is fraud by reputation. Google acts as if they own the internet and all the content in it, but they do not and they are not accurate with the numbers they report, to their payees or payers, and they do all of this with deliberate indifference and calculations, all basically done, in secret, by a computer. Those facts alone should be another clue as to how and why they could and would commit this fraud.

The following are a few other ways Google is committing fraud, but by no means, all of them.  One of the main ways they are committing this fraud, is simply not counting all the real page views and claiming they are much lower, thereby keeping more money.  The other main method of their deception is to simply say, all those page views you see on any other count services are Bot views and not a human view.  However, the fact is, the Bot is a Google Bot.  It is making a copy of your webpage translating it, and sending it around the world in every other language and showing it to humans, by the billions.  All these 'supposed' Bot Views happen when a human requests it through their search engine and a human ultimately sees the page.  However, Google is not counting these in their page view count, whereby, you don't get paid, and they keep the money.

From our real numbers, we estimate Google undercounts all page views by 90%.  In other words, Alphabet Inc. is ripping myself and everyone else off and keeping approximately 90 cents, of every dollar, that should go to the

website.  I will be lucky, if I or you ever get a dime, because they could completely kick you off their service for click fraud which they have done in the past.  But, they have moved on to sneakier ways of confusing the count by introducing the Ad Block service and imposing a minimum payout which takes a few years to accrue, or they will simply make sure you never achieve the minimum payout number.  Let's be honest, most websites are abandoned before a year is out, and thus never receive any money from Alphabet Inc.

We could go on and on about the methods Google has employed to basically get you to work for free, and fraudulently keeping more of the money.  However, we will save all the real evidence for the court room.  If Google is claiming fraudulent numbers to the website owners, what do you think they are telling the people who actually pay for the advertising?  Basically, the same thing in reverse.

Finally, have you ever heard of the saying "steal a few pennies from every dollar and no one will notice or bother to say anything"?  Google's twist is control all the numbers and the money, by asking 'what's your budget", then take all of it, and simply keep 90%, and no one will notice. This is exactly what Google has been doing for years, with impunity, because they have almost complete control of all the information, and no one seems to question it. However, they don't own it, and they are not the authority on anything, especially numbers or money.

I have the evidence from two other page view count services, and Google's numbers for everyday from the day I signed up with AdSense.  These count services are both, from twice as many to 1000 times more page views on every single day, than what Google would ever report or admit to.  However, you can assess an approximate real number for any website, if you can obtain their Google page view count and multiply that figure by 90%.  Then you have to determine an actual dollar amount, because Google won't say exactly what any page views are worth.  This is how we came to our total actual damages of $260,000 and are further claiming punitive damages of $40,000,000,000.  On the other hand, Alphabet could simply fund the ivamp.org trust and acquiesce to all the demands, in my proposal, for relief, and I will drop my complaint entirely.

## Statement for Relief

**Justifications**

I do not begrudge Alphabet's innovation or their money and power.  I am not here to debate the problems of monopolies or their worldwide unprecedented reach into the very minds of every citizen on the planet who uses the chrome browser or an android device, but to point out the breadth and scope of their reach and to offer a solution to what I and seemingly the entire United States and world perceives as a problem. That is the actual regulation of this information, and this social media to be done by Human Beings and how we distribute the wealth going forward.

I believe the internet truly is and can be the great equalizer for all of society.  The internet is and will continue to be one of the greatest transformations of and for society the world has ever seen.  We, as a society, must utilize this tool, the internet, in a way that unites us and helps society continue to grow.  We, as a society, must designate a force for good and justice within the internet and society. We have gotten off to a rocky start with the "internet" the way it is today.

**Proposal for Relief**

What I am about to propose is nothing new and everything already exists, in some format, on the internet and in the world today.  We will need some time to put it all together in a VSLOW website format. What I am proposing is the way of the future.  It is the easiest way to voluntarily obtain data from the masses of people we call society and give them what they need in return, and what society needs is order, purpose, and a reason to move forward.

IMHO this proposal is the A.I.I. or "All Inclusive Intelligence" of today and the future of our society, nothing artificial about it.  The internet offers an easily scalable way to get data from and relief to people all in one step.

This process is a transaction from the virtual to the real world.  A transaction of something our society has come to value most and that is cash or credit, and data or information. These transactions are what society needs and they have been corrupted and I intend to see society is adequately compensated for the information that we each contribute.  What the people contribute is priceless and they must be paid through a salary or by the bit or gig type work and through direct payments and/or "social credit".  IVAMP.org and IT40 will offer both and in time society will see this is the way for continued prosperity, happiness and a bright future for all who care to contribute their opinion, their vote, their information and their data. We have to start somewhere and this is where we begin to transform the internet, our society our world starting with the Internet - InternetTop40.com and IVAMP.org.

**Terms for Relief**

My terms are as follows any and all monies received from Alphabet Inc. or any other organization for IVAMP.org are put into a basic type trust fund and amortized annually and only the interest would be used to pay its employees and other operating costs. Alphabet Inc. and or their designated members would oversee any and all expenditures and help with the hiring of employees and any other technical or physical needs of the organization. David Ellenberger and or my designated staff would be consulted and have an equal say with Alphabet in all matters and expenditures regarding IVAMP.org for the foreseeable future. IVAMP.org could be considered part of Alphabet Inc. with David Ellenberger as President or "lead administrator" and headquartered in Louisville, Ky. Whereas, InternetTop40.com would be a separate entity with David Ellenberger as CEO and funded separately with a discretionary fund also headquartered in Louisville Ky., and Alphabet Inc. having a vested financial and advisory interest in IT40 only.  The courts, for each jurisdiction, will be as needed.



**Acronyms used**

IMHO = In My Humble Opinion

VSLOW = Virtual Social Law Organization in the Real World

SAO = Socially Acceptable Online

OM or ONM – Online Monitor or Online Neighborhood monitor which is always made up of selected or interested humans.  They will get paid a stipend or salary to act as official member

IVAMP.org = International Virtual Academy of Music and Photography.  Members must take a court ordered oath of office and sign legal contract or promise

Watcher = member of IVAMP.org and could be any interested individual from society must sign promise or contract

MLVVR = Map Ledger Voter Verification Record


**IVAMP Mission Statement & Goals**

IVAMP.org, or International Virtual Academy of Music and Photography, shall be codified into social law and authorized for and to set and publish online standards, rules, laws, etc. IVAMP members will mainly determine what is SAO by Rank Vote. Every member, of the group, will have an equal vote on each issue and every member and vote will be verified by Biometrics and the MLVVR.   IVAMP.org shall be comprised of selected and interested individuals. The members will be responsible for setting and promoting the cause of social online standards and social justice. IVAMP.org will also be a full social media website with all the apps and functionality of any other social media website and open to the members with admin access, as well as, the general public. The general

public will, of course, have a say in certain matters before the academy, and will be able to vote on them. The courts will be on an as needed basis, but will take their cues from the standards IVAMP.org decides. The main goal, of the IVAMP.org academy/organization, will be to hire as many selected and/or interested parties that the "annual interest of the Trust Fund" affords. The exact salaries and duties are TBD. In general, the work of the employees or academy members would be to set, find, and share social media postings to the website and set the standards for online social media. They will also answer any questions and mainly to determine what SAO standards are, by rank vote. IVAMP.org will be responsible for any and all general activities of a worldwide social media standards organization. The IVAMP.org would set the standards for all online media and communication up to and including broadcast and published media. IVAMP.org will basically obtain any social media issues posted online or found by members or shared to it by the general public and decide if it is SAO, possibly on a scale of 1-40 or simply yes or no. The members will be responsible to vote and publish all of our standards on our website. We could promote it annually with a big event, once IVAMP.org is completely deployed within a 7-month timeline. Again, it would be a social media website with all the functions of any social media site, where members would be required to meet regularly, virtually, and in the real world. A listing of all members will always be available, for their group, or any interested individual who needs help.

**Internettop40.com mission Statement & Goals**

Intenettop40.com is a social media post ranking website that determines the rank of social media postings mainly music videos, rank voting of items which come from the general public and/or website members. It is also a basic social media website with rank voting on most postings made, by the admin and or its members, and will be considered a founding member of IVAMP.org, along with Alphabet Inc.

**Conditions**

We would, of course, expect Alphabet Inc. to help with any and all physical and technical needs of the academy and the website and any and all physical needs regarding office space, if needed etc. At this time or until rules of procedure are determined, David Ellenberger and Alphabet Inc.'s designees would determine the rules of procedure within a 7-month timeframe or some other mutually agreed upon time line.

All employees and academy members would be required to and held to the strictest standards online and in their personal lives and the exact wording of any member or employee guidelines is to be determined.

I propose there be a 4 billion discretionary fund for my personal business InternetTop40.com and a 20 billion fund to pay IVAMP.org academy members or employees and a 16 billion fund with the annual interest to be used to pay for cash & prizes for contests as payments for or to back a social credit fund etc or some combination of the 2. All monies, from this fund, to be paid to winners of our ranked contests and other events IT40 and IVAMP.org may have. I propose a 50- 50 split as to the amount each organization could use annually for these contests and other events.

Accounting for Social Credit monies and prizes and the MLVVR can be maintained in a central location but available through any hub or device i.e. use the BlockChain method of security. Social Credit will be awarded for achieving and completing certain tasks on IT40 or IVAMP.org websites. It can be awarded to its voting members and general members. The voting members of IVAMP.org may be referred to as OM's or online monitors who have virtual online and practical functions, in the real world, and further will also function as admins for the website. We may refer to the general members as watchers or members, and anyone can have access to the MLVVR map ledger voter verification record.

For IVAMP.org there will, of course, be other admins and technicians who actually administer the day-to-day functioning and maintenance, of the website itself. This can possibly be managed and integrated into Alphabet/Google servers. At this time, InternetTop40.com will keep IT40 responsible for its own servers and day-to-day maintenance, of its website, but that could change at any time we are open to your suggestions.

**Final Analysis**

Now it is my fervent hope that the courts, in their good judgement and discretion, will codify, monitor and occasionally advise IVAMP and IT40 for fairness and other legal and or procedural concerns as needed or to even become a division of the legal justice system.  Further, we hope the court will begin to enforce IVAMP.org's standards in the real world and to consult IVAMP.org on any applicable punitive measures to be taken, and ultimately, in the courts good judgement, to grant and codify this proposal into social law, along with all officers, admins and members of IVAMP.org.

Finally, I David Ellenberger, am open to any and all suggestions from you, (society), opposing council, or Alphabet Inc.'s designees, and any concerns of the court, pertaining to any matters regarding the formation and operation of this Social Standards Academy or VSLO IVAMP.org and InternetTop40.com.

**Suggested Procedures & Bylaws**

Here are a few suggested Procedures we may agree to follow:

This entire document may be considered the initial set of bylaws for IVAMP.org and may be changed or altered as needed.

The 40 billion is to be considered Alphabet Inc.'s and InternetTop40.coms initial buy into the VSLO member group IVAMP.org. Alphabet Inc. and David Ellenberger hereinafter referred to as IT40 will both have equal and sole discretion on the selection of initial IVAMP.org members or until a regular procedure is agreed upon by alphabet Inc. its designees and it40 or its designees and pertaining to IVAMP.org only. Further They will have sole discretion on any voting members or any other groups or members that may be added on as needed basis for any country language or group who will adhere to our oath and bylaws and the general upkeep and maintenance of the organization. Further any member can be relieved of duties by majority vote of all members.

All selected or interested members including any Alphabet Inc. or IT40 designees who will become IVAMP.org academy members must submit to or sign a social and court ordered oath of office and commit to following all of our standards and rules and must complete all work asked of and vote on all issues brought before the member group in the manner prescribed including possible public appearances and other civic duties outside of but part of IVAMP.org's bylaws

**Basic Function of IVAMP.org Social Credit/Currency**

IVAMP.org will base its Social Credit/Currency partly on the number of any of our voting members who when adding their opinion or "vote" to any given topic or question, will receive points for doing these actions and the actual value of each of these actions or points is TBD.  Voting or ticking a box on specific postings or questions or adding any type of SAO content online or doing something in the real world that can be verified by video camera and/or other watchers, is the new currency. This new currency or social credit will be backed up by our IVAMP founding member trust fund which will initially be funded by Alphabet Inc. and IT40. However, in the future, any interested individual or group who wants to become a Founding member or watcher/voting member and is willing to follow the IVAMP online and personal standards can become a watcher or founding member. Founding members of course must add at least 1 billion of any recognized or accepted currency or whatever is agreed to by the other Founding members, to the trust fund. That amount of currency will be taken and secured into the IVAMP trust fund to be used to pay any of IVAMPs general members/watchers/voters.  The number of new watchers that can then be recruited is of course based on the estimated maximum rates and the actual amount of currency that new Founding members added to the trust fund. That currency will then be payable to our watchers in whatever currency they may be interested in. We, of course, tie the value of "ITcoin" to the votes or ticks, or actions our members complete online or in the real world.   As opposed to mining receiving a big "ITCoin" payday comes from

1  the member completing a number of actions, online, or in the real world based on some random number or
2  algorithm.

3  *Actual payments to members in cash do not necessarily reflect the members standing reputation or actual
4  number of points the watcher may have. In the very near future we may convert all goods and services to cashless
5  transactions and Biometrics and points will be used for every transaction.